IDA SILVER, an Infant, etc., Appellant v. BERNARD KLESS and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN KNITTEL, Respondent, v. LUCIA A. BURGER and Another, Appellants, and ANNA SCHIEDER and Another, Respondents, Impleaded with Other Defendants. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

LOUISE V. WEISMANTLE, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of RUSSEL S. JOHNSON and Another to Compel MYRTLE W. KING, as Administrator, etc., of ISAAC D. WEST, Deceased, to Render and Settle Her Accounts as Such Administrator, and for a Sale of the Decedent's Real Estate for the Payment of Debts.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

DICK SAND COMPANY, Respondent, v. THE STATE OF NEW YORK and Others, Respondents, and J. P. DRUMMER CORPORATION and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MICHAEL TRAPANI, an Infant, etc., Appellant, v. NEW YORK STATE RAILWAYS, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOSEPH A. BROWN, Respondent, v. HARRY ABBOTT, JR., Defendant. WILDER REALTY COMPANY, Appellant.— Appeal dismissed, unless argued by May twenty-second. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

RACHEL M. HARTMAN, Respondent, v. T. A. BEALE & SONS, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOSEPH BLEIER, Appellant, v. WILLIAM E. DE MOONEY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DOLORES GARCIA, Appellant, v. HARRY LAVNER, Respondent, and Another, Defendant.— Order reversed on the law and facts and verdict reinstated, with costs, on the ground that in our opinion the verdict was not contrary to the evidence nor against the weight of the evidence as to the negligence of the defendant, contributory negligence of the plaintiff, or the amount of damages. All concur, except Crosby, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.